IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID CROATTO, | § § § | |
| Plaintiff, | § § | Case No.: 4:24-cv-001479 |
| v. | § § | |
| TRANSUNION RISK AND DATA SOLUTIONS INC., | § § § | |
| Defendant. | § | |

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

Defendant Trans Union LLC ("Trans Union"), incorrectly named herein as Transunion Risk and Data Solutions Inc., files this Notice of Removal pursuant to 28 U.S.C. § 1446(a), and in support thereof would respectfully show the Court as follows:

### I.   PROCEDURAL BACKGROUND

1.  On October 09, 2023, Plaintiff David Croatto ("Plaintiff") filed his Original Petition ("Petition") in the Justice Court Precinct 1, Place 1, Harris County, under Case No. 231100370023 ("State Court Action") attempting to allege "violation of privacy and disceminating [*sic*] false information into the public" against Trans Union. *See* Ex. A. Plaintiff's allegations are based on Trans Union's credit reporting and arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

2.  Trans Union was served with Plaintiff Petition on April 4, 2024.  This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

### II.   GROUNDS FOR REMOVAL

A.   Federal Question

3.  The present suit is an action over which the United States District Court, Southern District of Texas, has original jurisdiction pursuant to 28 U.S.C. § 1331 as it is a civil action

founded on a claim or right arising under the laws of the United States and may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. *See* 28 U.S.C. §§ 1331 and 1441(a). In the Petition, Plaintiff attempts to allege that Trans Union "damage[ed] [his] reputation and creditworthiness." *See* Ex. A. Plaintiff's allegations stem from Trans Union's credit reporting and necessarily raise issues under the FCRA.

### III.     COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

5. On the same day that this Notice of Removal is filed, Trans Union will give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Justice Court Precinct 1, Place 1, Harris County, Texas, as required by 28 U.S.C. § 1446(d).

6. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81, a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Trans Union, together with an index of such documents, are attached hereto collectively as **Exhibit A**. Trans Union has also filed contemporaneously with this document a civil cover sheet.

7. Trial has not commenced in the Justice Court Precinct 1, Place 1, Harris County, Texas.

WHEREFORE, PREMISES CONSIDERED, Trans Union LLC, hereby gives notice that this action is removed to the United States District Court for the Southern District of Texas, Houston Division, and requests that it receive such other and further relief to which it may show itself justly entitled at law or in equity.

Respectfully submitted,

*/s/ Heliane Fabian*

**HELIANE FABIAN**
Texas Bar No 24106850
S.D. Bar No. 3850357
hfabian@sqslwm.com
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5452
(214) 871-2111 Fax
*Counsel for Trans Union LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd of April 2024, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

None.

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

David Croatto
2306 McCue Road, Apt. 115
Houston, Texas 75013
***Pro Se Plaintiff***

*/s/ Heliane Fabian*
**HELIANE FABIAN**