# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| DAVID CROATTO, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | Case No.: 4:24-cv-01479 |
| v. | § | |
| | § | |
| TRANSUNION RISK AND DATA | § | |
| SOLUTIONS INC., | § | |
| | § | |
| Defendant. | § | |

**INDEX OF STATE COURT DOCUMENTS**

| No. | Date Filed / Entered | Document |
|---|---|---|
| A-1 | N/A | List of Counsel of Record |
| A-2 | N/A | State Court Docket Sheet |
| A-3 | 10/09/2023 | Citation |
| A-4 | 10/09/2023 | Plaintiff's Original Petition |
| A-5 | 04/05/2023 | Certified Mail Envelope Containing Plaintiff's Original Petition |

# Exhibit A-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID CROATTO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. :4:24-cv-01479 |
| TRANSUNION RISK AND DATA SOLUTIONS INC., | § § § § | |
| Defendant. | § § | |

## LIST OF COUNSEL OF RECORD

**PLAINTIFF PRO SE:**

David Croatto
2306 McCue Road, Apt. 115
Houston, Texas 75013

**COUNSEL FOR DEFENDANT:**

Trans Union LLC, incorrectly named in this lawsuit as Transunion Risk and Data Solutions Inc.

Heliane Fabian
Texas Bar No. 24109850
S.D. Bar No. 3850357
hfabian@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5450
(214) 871-2111 Fax

1

# Exhibit A-2

## Case Information

231100370023 | David Croatto vs. Transunion Risk and Alternative Data Solutions Inc

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 231100370023 | Precinct 1, Place 1 | Carter, Eric William |
| File Date | Case Type | Case Status |
| 10/09/2023 | Small Claims | Active |

## Party

**Plaintiff**
Croatto, David

Address
2306 McCue Rd
Apt 115
Houston TX 75013

**Defendant**
Transunion Risk and Alternative Data Solutions Inc

Address
211 E 7th Street
Suite 620
Austin TX 78701

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|---|---|---|---|---|
| 10/09/2023 | Small Claims | Action | Croatto, David | Transunion Risk and Alternative Data Solutions Inc |

## Events and Hearings

**10/09/2023 Citation** ▼

**Requested By**
Croatto, David

Unserved

**Anticipated Server**
Harris County Constable

**Anticipated Method**
In Person

**10/09/2023 Original Petition Filed** ▼

Original Petition Filed

**10/09/2023 Small Claims-Citation Money Damages** ▼

Small Claims-Citation Money Damages

**10/09/2023 Cause Of Action** ▼

| Action | File Date |
|---|---|
| Small Claims | 10/09/2023 |

## Financial

Croatto, David

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $54.00 |
| Total Payments and Credits | | | | $54.00 |
| 10/9/2023 | Transaction Assessment | | | $54.00 |
| 10/9/2023 | Transaction Assessment | | | $0.00 |
| 10/9/2023 | Payment | Receipt # 2023-17648 | Croatto, David | ($54.00) |

## Documents

Original Petition Filed

Small Claims-Citation Money Damages

# Exhibit A-3

Citation - Small Claims Money Damages

## Case Number: 231100370023

| | | |
|---|---|---|
| David Croatto<br>Plaintiff<br>vs.<br>Transunion Risk and Alternative Data Solutions Inc<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | In the Justice Court<br>Harris County, Texas<br>Precinct 1, Place 1<br>7300 North Shepherd Drive<br>Room 138<br>Houston, TX 77091<br>713-274-0695<br>www.jp.hctx.net |

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

**TO: ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

Corporation Service Company dba CSC c/o Transunion
Risk and Alternative Data Solutions Inc
211 E 7th Street
Suite 620
Austin TX  78701
Phone Number:

**TO THE DEFENDANT:**
**You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. In your answer, please provide an email address if you consent to email service of any pleadings or other documents in your case. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.**

Date Petition Filed: 10/09/2023

Nature of demand made by Plaintiff(s): money owed in the amount of $5,000.00.  A copy of the petition is attached.

### Notice
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 10/11/2023



/s/ Joanna Hernandez
Clerk of the Court
Harris County Justice Court
Precinct 1, Place 1

Address of Plaintiff

2306 McCue Rd
Apt 115
Houston TX 75013

Address of Plaintiff's Attorney

# Exhibit A-4

# Small Claims Petition

Case No. 231100390023 § In the Small Claims Court of

David Croatto § Harris County, Texas
_____ §
Plaintiff §
vs. §
Transunion Risk and Alternative Data Solutions Inc. § Precinct __1__, Place __1__
_____
Defendant

**FILED**
**OCT 09 2023**
**JUDGE ERIC WILLIAM CARTER**
**JP 1-1 HARRIS COUNTY, TEXAS**

THE STATE OF TEXAS
COUNTY OF HARRIS:

Plaintiff: David Croatto
Address: 2306 McCue Rd. Apt 115

City: Houston    State: TX    Zip: 75013
Mailing Address: Same

City: ____    State: ____    Zip: ____
Home Phone Number: ____    Work Phone Number: ████████████

being duly sworn, on oath, deposes and says that:

Defendant: Corporation Service Company dba CSC c/o Transunion Risk and Alternative Data Solutions Inc.
Address: 211 E. 7th Street, Suite 620
City: AUSTIN    State: TX    Zip: 78701
Home Phone Number: ____    Work Phone Number: ____
Driver's License Number: ____    State: ____    Date of Birth: ____
Other: ____

is justly indebted to Plaintiff in the amount of $ 5,000 for *(describe the nature of the claim, including all pertinent dates; attach additional page if necessary).*
Violation of privacy and disceminating false information into the public. Damaging my reputation and creditworthiness.
Causing sever emotional and mental distress

and there are no counterclaims existing in favor of the Defendant and against the Plaintiff, except: *(describe any claim the Defendant is making against the plaintiff)* ____

Respectfully submitted,

_____ Signature of Plaintiff

SUBSCRIBED and SWORN TO BEFORE ME on October 8th, 2023

_Valeria J. Castagnari_

☑ NOTARY PUBLIC, State of Texas
VALERIA ANDREA CASTAGNARI
Notary ID #131625115
My Commission Expires
Nov. 10, 2027

☐ Clerk of the Court
Justice of the Peace, Precinct ____, Place ____

*Service of Process: No judgment may be rendered against a defendant unless the defendant has been properly served with process. Defendants may be natural persons, individuals, or persons doing business in the form of sole proprietorships, or partnerships, or corporations. Any individual doing business under an assumed name, or any business operating in the form of a partnership or corporation, may sue or be sued in the business name, but service of process must be properly accomplished. Service of process directed to individuals is effected by delivery directly to the person. Service of process on business entities is more difficult and must be accomplished by service on an agent or person authorized to accept service.

For example, if a defendant is a partnership, the citation may be directed to one member of the partnership, and service effected on that one member authorizes a judgment against the partnership and the partner actually served. If the defendant is a corporation, citation may be served by serving the corporation's president or any vice-president, or the corporation's registered agent. If the corporation's registered agent cannot be found at the corporation's registered office, then service of process may be made on the Secretary of State.

To determine the exact legal nature of a business entity, the plaintiff may look at the Assumed Name Records maintained by the County Clerk, or contact the Corporation Division of the Office of the Secretary of State, or the Office of the State Comptroller.

# Exhibit A-5

David Croatto
2306 McCue Rd # 115
Houston, TX 77056

CERTIFIED MAIL

HOUSTON TX RPD
5 APR 2024 PM

9589 0710 5270 0562 6361 88

Retail

U.S. POSTAGE
FCM LETTER
HOUSTON, TX
APR 05,

**$8.7**

RDC 99    78701    R2304Y1

Corporation Service Co.
c/o TRANSUNION
211 E. 7th St. Ste 620
Austin, TX 78701

78701-321870